PEOPLE ex rel. DILLON v. McADOO. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Proceedings by the people of the state of New York, on the relation of James Dillon, against William McAdoo. L. E. Warren, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. DOONAN v. McADOO, Police Com'r, et al. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Proceedings by the people of the state of New York, on the relation of Edward E. Doonan, against William McAdoo, as police commissioner, etc., and another. No opinion. Application to amend order granted.

PEOPLE ex rel. HALEY v. CAHILL et al. (Supreme Court, Appellate Division, Fourth Department. March 8, 1905.) Proceedings by the people of the state of New York, on the relation of William Haley, against Daniel W. Cahill and others.

PER CURIAM. Writ dismissed upon the merits, with $50 costs and disbursements.

WILLIAMS, J., not sitting.

PEOPLE ex rel. HENDEE, Appellant, v. ZIMMERMAN, Police Captain, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Proceedings by the people of the state of New York, on the relation of Victor Hendee, against Michael J. Zimmerman, as captain of the police, etc. No opinion. Order affirmed.

PEOPLE ex rel. HURD, Respondent, v. McCLELLAN et al., Appellants. (Supreme Court, Appellate Division, Second Department, March 17, 1905.) Proceedings by the people of the state of New York, on the relation of William B. Hurd, Jr., against George B. McClellan and others. No opinion. Motion to resettle order denied.

PEOPLE ex rel. LUES v. McADOO, Com'r. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Proceedings by the people of the state of New York, on the relation of Louis Lues, against William McAdoo, as commissioner. E. W. Stuart, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. MOTT, Appellant, v. DOOLEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Proceedings by the people of the state of New York, on the relation of Oscar D. Mott, against Matthew E. Dooley, as register, etc., and others. No opinion. Interlocutory judgment affirmed on argument, without costs.

PEOPLE ex rel. O'CONNOR, Appellant, v. AHEARN, Respondent. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Proceedings by the people of the state of New York, on the relation of Patrick O'Connor, against John F. Ahearn. J. W.

Browne, for appellant. W. B. Crowell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. O'SULLIVAN v. WELLS et al. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Proceedings by the people of the state of New York, on the relation of Michael O'Sullivan, against James L. Wells and others. E. M. Leventritt, for relator. T. Connoly, for respondents. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. ROCHESTER GAS & ELECTRIC CO., Appellant, v. PRIEST et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Proceedings by the people of the state of New York, on the relation of the Rochester Gas & Electric Company, against George E. Priest and others, state board of tax commissioners, and Charles F. Pond and others, as assessors of city of Rochester.

PER CURIAM. Order modified, by substituting therefor an order directing that the writ granted herein on the 11th day of June, 1903, be amended by directing that it run to Charles F. Pond, Joseph C. Wilson, Frank Fritchie, and Charles H. Judson as the board of assessors of the city of Rochester, as well as to the state board of tax commissioners, commanding said board of assessors of the city of Rochester to return their proceedings with respect to the assessment of real property in said city, with the same force and effect as if the writ had originally been directed to them. See 91 N. Y. Supp. 772.

PARKER, P. J., votes for reversal, and CHESTER, J., votes for affirmance.

PEOPLE ex rel. ROBINSON, Respondent, v. BURNS et al., Aldermen, Appellants. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Proceedings by the people of the state of New York, on the relation of Edward T. Robinson, against George Burns and others, aldermen of the city of Poughkeepsie, etc.

PER CURIAM. Reargument ordered on the question of the constitutionality of the provision of the city charter restricting membership in the board of aldermen to taxpayers, and case set down for reargument on April 18, 1905.

PEOPLE ex rel. W. P. DAVIS MACH. CO., Respondent, v. COOPER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Proceedings by the people of the state of New York, on the relation of the W. R. Davis Machine Company, against John C. Cooper. No opinion. Order affirmed, with $10 costs and disbursements.

PERGOLI, Respondent, v. LYMAN, Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Eduardo Pergoli against John G. Lyman. H. M. Maass, for appellant. J. T. Fenlon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.